MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/8/2019

LAW OFFICE OF
JESSE M. SIEGEL
The Woolworth Building
233 Broadway, Suite 707
New York, New York 10279

(Tel) 212-207-9009
(Fax) 212-732-1339

JesseMSiegel@aol.com

November 8, 2019

Hon. Valerie E. Caproni, District Judge
United States District Court for the
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Marrero,* 18 Cr. 840 (VEC).

Dear Judge Caproni:

As counsel to Jonathan Marrero, I request that sentencing, scheduled for November 25th at 2:00 p.m., be adjourned about three weeks, to a date and time convenient for the Court during the week of December 16th (but not December 17th at 11:00, although any other time that day would be good for me). I have spoken with A.U.S.A. Christopher Clore, who consents to this request on behalf of the government.

I make this request because I am behind in preparing Mr. Marrero's sentencing memorandum, which is due on Monday. Following surgery in September, I have a backlog of work, and I am still not working fulltime. In addition, I sent the initial draft of Mr. Marrero's Presentence Report to him at MCC Manhattan two weeks ago, but he still has not received it. I am planning to bring him another copy next week and review it with him at that time.

Thank you for your attention to this application.

Very truly yours,

/s
Jesse M. Siegel

Application GRANTED. The sentencing hearing for Mr. Marrero is ADJOURNED to **December 17, 2019, at 2:00 p.m.** The parties' submissions are due no later than **December 3, 2019.**

SO ORDERED.

Valerie Caproni
11/8/2019

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE