UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

UNITED STATES OF AMERICA

   - v. -

Jonathan Marrero,

                      Defendant.

------------------------------------------------------------------------X

18 cr. 840 (VEC)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/17/2019

**VALERIE CAPRONI**, United States District Judge:

IT IS HEREBY ORDERED that the hearing currently scheduled for Tuesday, December 17, 2019, will be held in Courtroom 15C, 500 Pearl Street.

SO ORDERED:

Dated:    New York, New York
           December 17, 2019

_____
VALERIE CAPRONI
United States District Judge